USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABC

               Plaintiff,

v.

DEF,

               Defendants.

Case No.: 25-mc-547

ORDER

ORDER ON MOTION TO SEAL

The Court has considered Plaintiff's Motion to Seal, as well as all other papers filed in support thereof, the Court ORDERS as follows:

As sufficient cause has been show, Plaintiff's Motion to Temporarily Seal the enclosed Schedule A and Exhibits A and B to Plaintiff's Complaint, Plaintiffs' notice of and *ex parte* applications for entry of a Temporary Restraining Order, a Restraint on the Transfer of Assets, authorization for Alternative Service, and all associated documents annexed thereto, including Exhibits, Declarations, and Proposed Orders is hereby GRANTED.  The documents may be filed under seal in accordance with the instructions for filing under seal found in the ECF Rules & Instructions, Rule 6.14.

The Clerk of the Court is directed to close this case.  The Clerk of the Court is also directed, pending an order of the judge to whom the case that will be filed under seal is assigned, to keep under seal all the aforementioned papers and other papers filed in that case.

**SO ORDERED.**

Date: <u>December 9, 2025</u>                    By: _____

                                                VALERIE CAPRONI
                                        UNITED STATES DISTRICT JUDGE